IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BRANDON JEROME
FLEMING,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

CASE NO. 1D15-2991

v.

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed August 12, 2016.

An appeal from the Circuit Court for Duval County.
Angela L. Cox, Judge.

Nancy A. Daniels, Public Defender, and Gail E. Anderson, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Michael Schaub, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

   AFFIRMED.

ROWE, OSTERHAUS, and WINSOR, JJ., CONCUR.